Application **GRANTED** in part.  The October 23, 2024, initial pretrial conference is **CANCELED**. The parties' deadline to file a joint letter and a proposed case management plan is **ADJOURNED** *sine die* pending Defendant's incoming motion to compel arbitration.

By **November 1, 2024**, Defendant shall file any motion to compel arbitration.  Plaintiff shall file any opposition by **November 22, 2024**.  Defendant shall file any reply by **December 6, 2024**.

The Clerk of Court is respectfully directed to close the motion at Dkt. 13.

Dated: October 15, 2024
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:   *Vargas v. Barclays Bank Delaware*
      Case No. 1:24-cv-06549-LGS (S.D.N.Y)

<u>Plaintiff's Response to Defendant's Letter Motion for Adjournment (ECF No. 13)</u>

Dear Judge Schofield,

On behalf of Plaintiff Arthur Vargas ("Plaintiff") and the proposed class, we are writing in response to the October 9, 2024 letter submitted by Barclays Bank Delaware's ("Barclays" or "Defendant") requesting adjournment of the case management (ECF No. 13).

Defendant's reason for requesting postponement of the case management conference is because Defendant intends to file a motion to compel arbitration.  In a letter that it sent to us on October 4, 2024, Defendant stated the basis for its anticipated motion. In accordance with section III.A.3 of Your Honor's Individual Rules and Procedures for Civil Cases, we reviewed that letter and provided Defendant a response on October 11, 2024 that provided a detailed analysis of why its anticipated motion to compel arbitration is without basis.

Nonetheless, we understand that Defendant still intends to proceed with its motion to compel arbitration.  Given that fact, we agree that a case management conference at this juncture is not necessary and join in the request to adjourn the case management conference and instead request that a briefing schedule be entered on Defendant's anticipated motion to compel arbitration.  We hereby request the following schedule:

| | |
|---|---|
| Defendant's motion to compel arbitration: | October 25, 2024 |
| Plaintiff's opposition: | December 6, 2024 |
| Defendant's reply: | December 20, 2024 |

Respectfully submitted,

REESE LLP

Michael R. Reese