**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ARTHUR VARGAS, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

BARCLAYS BANK DELAWARE,

Defendant.

No. 1:24-cv-06549-LGS

DECLARATION SUPPORTING MOTION TO COMPEL ARBITRATION-RETAIL BANKING ACCOUNT

**DECLARATION OF RACHEL WISE**

Pursuant to 28 U.S.C. § 1746, I, Rachel Wise, declare as follows:

1. I am over 18 years of age and am employed as Senior Product Customer Experience Manager at Barclays Bank Delaware ("Barclays"). I am duly authorized to make this declaration on behalf of Barclays as a custodian of records. The facts stated in this declaration are based on my personal knowledge and Barclays' records.

2. Barclays is a federally insured state-chartered bank that provides personal banking, credit card products, and other financial services to consumers across the United States. Barclays is organized under the state laws of Delaware and its principal place of business is in Delaware.

3. I have been employed with Barclays for 12 years. During that time, my job duties have included, among other things, managing the customer experience for the Barclays banking products (Savings and Loans) through the various channels, including care servicing, website feedback, and complaint monitoring. I am familiar with the policies and procedures employed by Barclays concerning the opening and servicing of customer accounts. I am familiar with the usual and customary business practices used by Barclays to provide its banking account holders with

copies of the deposit account agreement relating to their accounts. If called as a witness, I can testify to a court competently as to my knowledge of the facts contained herein.

4. I understand that Arthur Vargas has alleged that he "remains a Barclays consumer who needs to use the Barclays website to manage his accounts and the financial services provided to him by Barclays." Compl. ¶ 103. Mr. Vargas also alleges that he "requests and obtains information regarding finances" from Barclays, *id.* at ¶ 54, and uses the "website regularly on a weekly basis in order to pay his bills," *id.* at ¶ 50.

5. My understanding is that Mr. Vargas has been unwilling to provide an account number, his full mailing address, date of account opening, or social security number, but without any of that information, Barclays is unable to determine what type of account he has.

6. Each of the different types of consumer accounts offered by Barclays requires the customer to enter into an account agreement with Barclays. A Barclays customer can have either a deposit account or a credit card account. If Mr. Vargas has a deposit account, it is governed by a deposit agreement. If Mr. Vargas has a credit card account, it is governed by a credit card agreement. Any customer who enrolled in an account via the Barclays website would have been required to affirmatively click and agree to the terms of the applicable deposit agreement or credit card agreement.

7. All current versions of Barclays' standard deposit agreement (the "Deposit Agreements") are attached as **Exhibit A**. The Deposit Agreements are governed by Delaware law.

8. The Deposit Agreements include provisions mandating arbitration (or litigation in small claims court for certain small claims) for disputes arising from or relating in any way to the agreement, the customer's account, any transaction or activity on the customer's account, or the relationship, products, or services provided by Barclays relating to the customer's account, including

claims, disputes, or controversies based on contract, tort (including intentional torts), fraud, agency, negligence, statutory or regulatory provisions or any other source of law. The provisions governing the scope of these arbitration clause (which are the same for all current Deposit Agreements) are highlighted in **Exhibit A** and are excerpted below:

> At the election of either you or us, any claim, dispute or controversy ("Claim") by either you or us against the other, arising from or relating in any way to this Agreement or your Account, or their establishment, or any transaction or activity on your Account, including (without limitation) Claims based on contract, tort (including intentional torts), fraud, agency, negligence, statutory or regulatory provisions or any other source of law and (except as otherwise specifically provided in this Agreement) Claims regarding the applicability of this arbitration provision or the validity of the entire Agreement, shall be resolved exclusively by arbitration.

Ex. A, at pp. 34, 72-73, 110 (Deposit Agreements).

9. Mr. Vargas could not have a consumer banking account, and could not access his account on the Barclays website to request and obtain information regarding his finances as alleged unless he has a Deposit Agreement with Barclays, which contains the arbitration provision as excerpted above and attached.

10. Barclays' custom and practice is to issue a notice of change of terms to a deposit account holder each time there is a change in the terms of that deposit account holder's deposit agreement. Thus, to the extent that there was a change of terms relating to Mr. Vargas's account agreement, he would have been provided notice of that change in terms.

11. Under the Deposit Agreements (and their predecessors in time), Mr. Vargas would still be bound by the arbitration provisions even if he closed his account.

12. I declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the State of Delaware and the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on October 31, 2024 in Wilmington, Delaware.

Rachel Wise

Rachel Wise
Senior Product Customer Experience Manager
Barclays Bank Delaware