UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR VARGAS, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

BARCLAYS BANK DELAWARE,

Defendant.

No. 1:24-cv-06549-LGS

DECLARATION OF CHRISTINA PRUSAK CHIANESE SUPPORTING MOTION TO COMPEL ARBITRATION

**DECLARATION OF CHRISTINA PRUSAK CHIANESE**

Pursuant to 28 U.S.C. § 1746, I, Christina Prusak Chianese, declare as follows:

1. I am admitted to practice in the State of New York and a partner with the law firm Sidley Austin LLP, counsel for Defendant Barclays Bank Delaware ("Barclays") in this action. I submit this declaration in support of Barclays' motion to compel arbitration.

2. Prior to moving to compel arbitration, Barclays requested information from Plaintiff regarding Plaintiff's account with Barclays. Plaintiff acknowledged that there was "bank account information" to share, but Plaintiff refused to provide that information, including any nonconfidential information, without a court-ordered confidentiality order. Thereafter, when Barclays asked Plaintiff to condition any stipulation or proposed order on Plaintiff's agreement that Plaintiff would not argue that Barclays was waiving its arbitration rights by seeking such relief, Plaintiff did not respond.

3. A true and correct copy of email correspondence between the parties from September 24, 2024 to October 3, 3024 is attached hereto as **Exhibit 1**. On October 2, 2024, counsel for Barclays asked counsel for Plaintiff to send their "client's account number and the type

of account or accounts that he holds" and stated that "we can represent that we and the client will keep this information confidential and use it only for the purposes of this case." *Id.* at 2-3. Plaintiff's counsel responded on October 3, 2024 that Plaintiff "need[s] a confidentiality agreement entered by the court first" before disclosing any of this information. *Id.* at 2.

4. On October 4, 2024, Barclays sent Plaintiff a pre-motion letter pursuant to Judge Schofield's Individual Civil Rule III.A.3 regarding Barclays' intent to move to compel arbitration. A true and correct copy of Barclays' pre-motion letter, dated October 4, 2024, is attached hereto as **Exhibit 2**.

5. On October, 8, 2024, counsel for Barclays repeated prior requests for basic, nonconfidential information regarding Plaintiff's account including "what type of account plaintiff has (e.g., credit card) and the month and year the account was created." A true and correct copy of email correspondence between the parties from October 4, 2024 to October 8, 3024 is attached hereto as **Exhibit 3.**

6. On October 11, 2024, Plaintiff provided a response to Barclays' letter of October 4, 2024. A true and correct copy of Plaintiff's response to Barclays' pre-motion letter, dated October 11, 2024, is attached hereto as **Exhibit 4**.

7. On October 14, 2024, counsel for Barclays asked Plaintiff's counsel to reconsider their refusal to share Plaintiff's account information, and offered to agree to "a short stipulation" on confidentiality so long as Plaintiff agreed that it "will not be argued by plaintiff to be a waiver of [Barclays'] arbitration rights." Plaintiff's counsel never responded. A true and correct copy of email correspondence between the parties from October 4, 2024 to October 14, 2024 is attached hereto as **Exhibit 5.**

8. I declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the State of New York and the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on November 1, 2024 in New York, New York.

*/s/ Christina Prusak Chianese*
Christina Prusak Chianese
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: cchianese@sidley.com

*Counsel for Defendant Barclays Bank Delaware*