**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARTHUR VARGAS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE,<br><br>Defendant. | No. 1:24-cv-06549-LGS<br><br>SECOND DECLARATION SUPPORTING MOTION TO COMPEL ARBITRATION-CONSUMER CREDIT CARD ACCOUNT |

**SECOND DECLARATION OF STEPHENIE BEAUCHAMP**

Pursuant to 28 U.S.C. § 1746, I, Stephenie Beauchamp, declare as follows:

1. As stated in my prior declaration on October 31, 2024 in the above-captioned matter, I am over 18 years of age and am employed as Vice President of Bank Operations at Barclays Bank Delaware ("Barclays"). As also explained in my prior declaration, I am familiar with the policies and procedures employed by Barclays concerning the opening and servicing of customer accounts. I am duly authorized to make this declaration on behalf of Barclays as a custodian of records. The facts stated in this declaration are based on my personal knowledge and Barclays' records.

2. Attached hereto as **Exhibit B** are true and correct copies of screenshots of Barclays' online website for applying for a credit card. These screenshots were created on December 5, 2024, and Barclays' online website for applying for a credit card has been substantially similar for at least the last six years. As explained in my prior declaration, a consumer cannot apply for a credit card with Barclays without first entering into an agreement with Barclays. Specifically, the final page of the application website, has a box above the "Apply Now" button titled "Legal terms and

conditions." Ex. B at 1. The box states "Please read the statement below that asks you to agree to legal terms." *Id.* It further states: "By clicking on Apply Now you are applying to open a credit account issued by Barclays Bank Delaware (Barclays), (hereafter 'we') located in Wilmington, Delaware. You agree to the following in connection with this application and any account we open[.]" *Id.* These terms, which can be accessed if the consumer scrolls down in the box include the following: "You agree that any dispute between us will be resolved by binding Arbitration." *Id.* at 2. Because a consumer cannot complete the online application without clicking "Apply Now," the consumer cannot apply for a Barclays credit card online without entering into an agreement to arbitrate. Barclays' online credit card application website has included the aspects I have described in this paragraph for at least the last six years.

3. Additionally, and regardless of how the consumer has applied (whether online or through some other method), if the application is approved, the cardholder then receives one of the credit card agreements (along with the credit card) that I attached to my original declaration. These agreements (which, as demonstrated by my previous declaration, include arbitration clauses) provide that the cardholder accepts the agreement by "signing, keeping, using or otherwise accepting your Card or Account." Beauchamp Ex. A, at 2, 4, 6 (Credit Card Agreement). Barclays credit card agreements have included this quoted language in substantially the same form since at least 2002.

4. All of Barclays' credit card agreements have had arbitration clauses in substantially the same form as those in the credit card agreements I attached to my prior declaration for at least the last six years.

5. As stated in my prior declaration, Barclays' custom and practice is to issue a notice of change of terms in a credit card agreement to a credit card holder each time there is a change in

the terms of that credit card account holder's credit card agreement. It is Barclays' practice to send notice of change in terms that are material, such as changes to the arbitration provision, by mail.

6. Barclays has over 20 million credit card customers. Many of these customers have overlapping name information. There are multiple Barclays customers with some form of Arthur and Vargas in their name. No Barclays customer named Arthur Vargas has given Barclays a Bronx address as a current address. The sheer number of Barclays customer makes it impossible for Barclays to identify Plaintiff's account without knowing additional information such as Plaintiff's account number, full mailing address, date of account opening, or social security number.

7. I declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the State of Delaware and the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on December 6, 2024 in Wilmington, Delaware.

Stephenie Beauchamp

Stephenie Beauchamp
Vice President of Bank Operations
Barclays Bank Delaware