UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR VARGAS, *individually and on behalf of all others similarly situated,*

Plaintiff,

v.

BARCLAYS BANK DELAWARE,

Defendant.

No. 1:24-cv-06549-LGS

SECOND DECLARATION SUPPORTING MOTION TO COMPEL ARBITRATION-RETAIL BANKING ACCOUNT

**SECOND DECLARATION OF RACHEL WISE**

Pursuant to 28 U.S.C. § 1746, I, Rachel Wise, declare as follows:

1. As stated in my prior declaration on October 31, 2024 in the above-captioned matter, I am over 18 years of age and am employed as Senior Product Customer Experience Manager at Barclays Bank Delaware ("Barclays"). As also explained in my prior declaration, I am familiar with the policies and procedures employed by Barclays concerning the opening and servicing of customer accounts. I am duly authorized to make this declaration on behalf of Barclays as a custodian of records. The facts stated in this declaration are based on my personal knowledge and Barclays' records.

2. Attached hereto as **Exhibit B** are true and correct copies of screenshots of Barclays' online website for signing up for a deposit account. This screenshots were created on December 4, 2024, and Barclays' online website for signing up for a deposit account has been substantially similar for at least the last six years. Barclays' website provides the only method by which a consumer can sign up for a deposit account. And as explained in my prior declaration, a consumer cannot open a deposit account with Barclays without first entering into a deposit agreement.

Accordingly, a consumer cannot sign up for a deposit account without clicking "I have read and agreed to the Terms and Conditions." Ex. B at 1-3. Above the checkbox are blue hyperlinks (which state "See Terms and Conditions") and which link to the relevant, operative version of Barclays' standard deposit agreements (current versions of which were attached to my prior declaration as Exhibit A). Barclays' online deposit account application website has included the aspects I have described in this paragraph for at least the last six years.

3. All of Barclays' deposit agreements have had arbitration clauses in substantially the same form as those in the deposit account agreements I attached to my prior declaration since the beginning of Barclays' deposit account business.

4. Barclays has over 400,000 deposit account customers. Barclays has not located a deposit account for any Arthur Vargas located in Bronx, NY. However, the sheer number of Barclays customers makes it impossible for Barclays to identify Plaintiff's account without knowing additional information such as Plaintiff's account number, full mailing address, date of account opening, or social security number.

5. I declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the State of Delaware and the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on December 6, 2024 in Wilmington, Delaware.

Rachel Wise

Rachel Wise
Senior Product Customer Experience Manager
Barclays Bank Delaware