UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR VARGAS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BARCLAYS BANK DELAWARE,<br><br>Defendant. | No. 1:24-cv-06549-LGS<br><br>NOTICE OF MOTION TO COMPEL ARBITRATION |

**PLEASE TAKE NOTICE** that, pursuant to Sections 3 and 4 of the Federal Arbitration Act, *see* 9 U.S.C. §§ 3, 4, and upon the accompanying Memorandum of Law, Declaration of Christina Prusak Chianese, Declaration of Rachel Wise, and Declaration of Stephenie Beauchamp, Defendant Barclays Bank Delaware respectfully moves this Court, before the Honorable Lorna G. Schofield, U.S.D.J., at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, NY 10007, on a date and at a time to be designated by the Court, for an order compelling arbitration and staying this proceeding pending resolution of the arbitration.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order dated October 15, 2024, answering papers, if any, must be served by November 22, 2024.

Dated: November 1, 2024

Amy P. Lally (*pro hac vice* forthcoming)
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501
Email: alally@sidley.com

By: */s/ Christina Prusak Chianese*
Christina Prusak Chianese
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: cchianese@sidley.com

Ian M. Ross (*pro hac vice* forthcoming)
SIDLEY AUSTIN LLP
1001 Brickell Bay Drive
Miami, FL 33131
Telephone: (305) 391-5100
Facsimile: (305) 391-5101
Email: iross@sidley.com

*Counsel for Defendant Barclays Bank Delaware*

By **December 18, 2024**, the parties shall file a short joint stipulation and proposed protective order on confidentiality in compliance with Individual Rule I.D.4. If the parties cannot agree on the language, the parties shall submit a stipulation that contains their respective proposed language, with a courtesy copy emailed to schofield_nysdchambers@nysd.uscourts.gov in Word format. The stipulation will not be considered as a waiver of any right to arbitrate. So Ordered.

Dated: December 12, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2