Application **GRANTED** in part as to Plaintiff's account numbers and identity information, and otherwise **DENIED** without prejudice to renew.  The party's confidentiality designation and the terms of the protective order are not dispositive of whether the public's rights of access to judicial documents overcomes competing considerations.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).  By **January 24, 2025**, the parties shall confer and either (1) file the letter with Plaintiff's account numbers and identity information redacted, or (2) file any renewed motion to seal the document that Plaintiff seeks to maintain under seal, alongside unredacted versions of the document with proposed redacted portions highlighted.  Plaintiff shall support each request to redact or maintain information under seal with the basis for the request.  The Clerk of Court is respectfully directed to close the motion at Dkt. 41 and keep Dkt. 42 under seal pending a possible renewed motion to seal.

By **January 24, 2025**, the parties shall also meet and confer about the issue identified in the letter at Dkt. 42, and file a letter updating the Court on the negotiation progress.  Plaintiff shall explain in the letter how the Complaint at Dkt. 1 complies with Rule 10(a) of the Federal Rules of Civil Procedure.  *See Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 188-90 (2d Cir. 2008).  The deadlines at Dkt. 39 are **VACATED**.

Dated: January 21, 2025
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:    *Vargas v. Barclays Bank Delaware*
       Case No. 1:24-cv-06549-LGS
       <u>Letter Motion Seal Letter</u>

Dear Judge Schofield:

      We represent Defendant Barclays Bank Delaware ("Barclays") in the above-captioned matter and move pursuant to Individual Civil Rule I.D.3 to seal the letter Barclays filed today. Barclays filed the letter under seal because virtually all of it refers to information from Plaintiff's production (which is attached to the letter) that Plaintiff designated as confidential pursuant to the Stipulated Confidentiality Agreement, *see* ECF No. 37.

      We thank the Court for its continued attention to this matter.

                                            Respectfully submitted,

                                            By: */s/ Christina Prusak Chianese*

| | |
|---|---|
| Amy P. Lally (admitted *pro hac vice*) | Christina Prusak Chianese |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 1999 Avenue of the Stars, 17th Floor | 787 Seventh Avenue |
| Los Angeles, CA 90067 | New York, NY 10019 |
| Telephone:  (310) 595-9500 | Telephone:  (212) 839-5300 |
| Facsimile:  (310) 595-9501 | Facsimile:  (212) 839-5599 |
| Email: alally@sidley.com | Email: cchianese@sidley.com |

                                            Ian M. Ross (admitted *pro hac vice*)
                                            SIDLEY AUSTIN LLP

# SIDLEY

Page 2

> 1001 Brickell Bay Drive
> Miami, FL 33131
> Telephone: (305) 391-5100
> Facsimile: (305) 391-5101
> Email: iross@sidley.com
>
> *Counsel for Defendant Barclays Bank Delaware*

cc:     All counsel of record (via ECF)


**Appendix Pursuant to Individual Civil Rule I.D.3**
Plaintiff and all counsel representing Plaintiff should have access to the letter filed under seal.