Application **GRANTED** in part as to Plaintiff's identity information and otherwise **DENIED** without prejudice to renew.  See *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).  By **February 7, 2025**, Plaintiff shall file any renewed motion to seal the referenced letter regarding Rule 10 that Plaintiff seeks to maintain under seal, alongside unredacted versions of the document with proposed redacted portions highlighted.  Plaintiff shall support each request to redact or maintain information under seal with the basis for the request.  The Clerk of Court is respectfully directed to close the motion at Dkt. 44 and keep Dkt. 45 under seal pending a possible renewed motion to seal.  So Ordered.

Dated: January 27, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *Vargas v. Barclays Bank Delaware*
Case No. 24-cv-06549-LGS (S.D.N.Y.)

Dear Judge Schofield:

My firm, along with our co-counsel, Laukaitis Law LLC, represent the plaintiff and the proposed class in the above-referenced action.

We submit this letter to move pursuant to Your Honor's Individual Civil Rule I.D.3 to seal the letter regarding Federal Civil Procedure Rule 10 we are filing contemporaneously today. We are filing the letter under seal because it provides sensitive, confidential information that could be harmful to the plaintiff if made public. see ECF No. 37.

Respectfully submitted,

Michael R. Reese

**Appendix Pursuant to Individual Civil Rule I.D.3**
Defendant and all counsel representing Defendant in this matter who are subject to the Confidentiality Order (ECF No. 37) should have access to the letter filed under seal.