# SIDLEY

> Application **GRANTED** in part as to Plaintiff's identity information and otherwise **DENIED** without prejudice to renew.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).  By **February 14, 2025**, Plaintiff shall file any renewed motion to seal the referenced letter that Plaintiff seeks to maintain under seal, alongside unredacted versions of the document with proposed redacted portions highlighted.  Plaintiff shall support each request to redact or maintain information under seal with the basis for the request.  The Clerk of Court is respectfully directed to close the motion at Dkt. 51.
>
> Dated: February 3, 2025
> New York, New York
>
> _____
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**By ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Vargas v. Barclays Bank Delaware*
            Case No. 1:24-cv-06549-LGS
            <u>Letter Motion Seal Letter</u>

Dear Judge Schofield:

    We represent Defendant Barclays Bank Delaware ("Barclays") in the above-captioned matter and move pursuant to Individual Civil Rule I.D.3 to seal the letter Barclays filed today. Barclays filed the letter under seal out of an abundance of caution because virtually all of it refers to information that Plaintiff has sought to seal in this case.

    We thank the Court for its continued attention to this matter.

                                                  Respectfully submitted,

                                                  By: */s/ Christina Prusak Chianese*

| | |
|---|---|
| Amy P. Lally (admitted *pro hac vice*) | Christina Prusak Chianese |
| SIDLEY AUSTIN LLP | SIDLEY AUSTIN LLP |
| 1999 Avenue of the Stars, 17th Floor | 787 Seventh Avenue |
| Los Angeles, CA 90067 | New York, NY 10019 |
| Telephone: (310) 595-9500 | Telephone: (212) 839-5300 |
| Facsimile: (310) 595-9501 | Facsimile: (212) 839-5599 |
| Email: alally@sidley.com | Email: cchianese@sidley.com |

# SIDLEY

Page 2

                                              Ian M. Ross (admitted *pro hac vice*)
                                              SIDLEY AUSTIN LLP
                                              1001 Brickell Bay Drive
                                              Miami, FL 33131
                                              Telephone: (305) 391-5100
                                              Facsimile: (305) 391-5101
                                              Email: iross@sidley.com

                                              *Counsel for Defendant Barclays Bank Delaware*

cc:     All counsel of record (via ECF)

**Appendix Pursuant to Individual Civil Rule I.D.3**
Plaintiff and all counsel representing Plaintiff should have access to the letter filed under seal.