

Application **GRANTED**.  The motion at Dkt. 17 is **DENIED** as moot.  By **February 25, 2025**, Defendant shall file any renewed motion to compel.  By **March 14, 2025**, Plaintiff shall file any opposition.  By **April 2, 2025**, Defendant shall file any reply.  The filings shall comply with Individual Rule III.B.  So Ordered.

Dated: February 10, 2025
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

# REESE LLP

<u>Via ECF</u>                                                                                        February 7, 2025

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Vargas v. Barclays Bank Delaware*
             Case No. 1:24-cv-06549-LGS

Dear Judge Schofield:

      The parties write as directed by the Court (ECF No. 48) to provide an update on their meet and confer discussions regarding the arbitrability of this action.  On February 1, 2025, Defendant Barclays Bank Delaware ("Barclays") provided counsel for Plaintiff with the customer agreements for the three credit card accounts that Plaintiff holds with Barclays, each of which Defendant contends (but Plaintiff contests) contains an agreement to arbitrate. The parties met and conferred on February 4, 2025, during which time counsel for Plaintiff informed Barclays that Plaintiff's position remains that the present dispute is not arbitrable.   Because the parties are at an impasse on the issue of arbitration, and because the prior motion was briefed without the benefit of Plaintiff's identification and relevant customer agreements,[1] the parties agreed that it would be most efficient for Barclays to file a renewed motion to compel arbitration based on the current record.  Accordingly, the Parties respectfully request a briefing schedule be entered as agreed to by the Parties immediately below:

             Defendant's opening brief:   February 25, 2025
             Plaintiff's opposition:        March 14, 2025
             Defendant's reply:           April 2, 2025

---

[1] On January 24, 2025, Plaintiff asked the Court for permission to proceed pseudonymously for the reasons stated under seal in Plaintiff's submission to the Court.  ECF No. 45.  On January 29, 2025, Barclays submitted a letter opposing Plaintiff's request.  ECF No. 52.  The Parties continues to reserve all rights related to this issue pending a decision from the Court, and for the avoidance of doubt, Barclays maintains the objections set forth in its January 29 letter as to Plaintiff's conduct in these proceedings.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

Page 2

                                                  Respectfully submitted,

| | |
|---|---|
| Amy P. Lally (admitted *pro hac vice*)<br>SIDLEY AUSTIN LLP<br>1999 Avenue of the Stars, 17th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 595-9500<br>Facsimile: (310) 595-9501<br>Email: alally@sidley.com | By: */s/ Christina Prusak Chianese (with permission)*<br>Christina Prusak Chianese<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 839-5300<br>Facsimile: (212) 839-5599<br>Email: cchianese@sidley.com |
| | M. Ross (admitted *pro hac vice*)<br>SIDLEY AUSTIN LLP<br>1001 Brickell Bay Drive<br>Miami, FL 33131<br>Telephone: (305) 391-5100<br>Facsimile: (305) 391-5101<br>Email: iross@sidley.com |

                                                  *Counsel for Defendant Barclays Bank Delaware*

                                                  */s/ Michael Reese*

                                                  Michael R. Reese
                                                  REESE LLP
                                                  100 West 93rd Street, 16th Floor
                                                  New York, New York 10025
                                                  Telephone: (212) 643-0500
                                                  Email: mreese@reesellp.com

                                                  *Counsel for Plaintiff and the Proposed Class*

cc:      All counsel of record (via ECF)

**Error! Unknown document property name.**