UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
LEOPOLD BENNETT,                                              :
                                    Plaintiff,                :
                                                              :   24 Civ. 6549 (LGS)
            -against-                                         :
                                                              :   **ORDER**
BARCLAYS BANK DELAWARE,                                       :
                                    Defendant.                :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant Barclays Bank Delaware moves to seal exhibits filed in support of its motion to compel arbitration, subject to further application by Plaintiff as the information in question pertains to him. Specifically, Defendant's motion concerns portions of the Third and Fourth Declarations of Stephenie Beauchamp and accompanying exhibits which contain Plaintiff's personally identifying information, account information or financial information.

WHEREAS, the redacted versions of the exhibits were publicly filed at Dkt. Nos. 69 and 74, and the unredacted versions of the exhibits were filed under seal at Dkt. Nos. 70 and 75. It is hereby

ORDERED that by **September 18, 2025**, Plaintiff shall file a letter stating whether he seeks to have the currently sealed documents remain under seal and, if so whether he agrees to Defendant's proposed redactions at Dkt. Nos. 69 and 74. If he does not agree to those redactions, he shall file the documents under seal showing his own proposed redactions.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 66 and 74 and to amend the case caption from *Leopold Bennet v. Barclays Bank Delaware* to *Leopold Bennett v. Barclays Bank Delaware*, the second version correcting Plaintiff's last name.

Dated: September 11, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE